# UNITED STATES DISTRICT COURT
# DISTRICT OF COLORADO

Civil Action No.: 1:20-cv-3193

Deborah Laufer,
    Plaintiff,
v.
Josand Enterprises LLC,
    Defendant(s).

## PLAINTIFF'S NOTICE OF PENDENCY OF OTHER ACTIONS

I hereby certify that the instant action is not related to any pending or closed civil or criminal action previously filed in this Court, or any other Federal or State Court, or administrative agency.

## CERTIFICATE OF SERVICE

I hereby certify that on October 30, 2020, I filed the foregoing using the Court's electronic filing system, which will serve all counsel of record electronically.

    s/ Suzette M. Marteny Moore
    **Suzette M. Marteny Moore**
    S. Moore Law, PLLC
    2690 S. Combee Road
    Lakeland, Florida 33803
    Telephone: (863) 229-2140
    E-mail 1: S.Moore@SMooreLaw.com
    E-mail 2: Eservice@SMooreLaw.com
    *Attorney for Plaintiff, Deborah Laufer*