**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 20–cv–03193-NRN

DEBORAH LAUFER, an individual,

    Plaintiff,

v.

JOSAND ENTERPRISES LLC,

    Defendant.

___

## MOTION TO STAY
___

Defendant Josand Enterprises, LLC, by and through its counsel, Ruebel & Quillen, LLC, hereby moves the Court pursuant to Fed.R.Civ.P. 6(b) to stay the case, including all hearings and deadlines contained in the October 26, 2020 Order Setting Scheduling/Planning Conference for 90 days to allow the Court to rule on Defendant's pending Motion to Dismiss.

Undersigned counsel has conferred with Plaintiff's counsel and Plaintiff objects to the requested relief.

1. Concurrently with this Motion to Stay, Defendant Josand Enterprises, LLC, is filing a Motion to Dismiss the Complaint for lack of standing under Fed.R.Civ.P. 12(b)(1) and for failure to state a claim under Fed.R.Civ.P. 12(b)(6).

2. On October 26, 2020, this Court entered an Order Setting Scheduling/Planning Conference and Setting Deadline for Filing of Consent/Non-Consent form.  *See*, Dkt. No. 4.  This Order includes deadlines for the parties to submit a proposed Scheduling Order and sets a Scheduling/Planning Conference on January 14, 2021.

3. Defendant respectfully requests that the Court vacate the Scheduling/Planning Conference and stay the case, including all deadlines, for 90 days to allow the Court to rule on Defendant's pending Motion to Dismiss.

4. A dismissal will fully resolve this litigation and no party will be prejudiced with a 90 day stay since there is no trial date scheduled. Good cause exists for the Court to vacate the Scheduling/Planning Conference and to grant a stay of 90 days time, through and including April 5, 2021.

5. No party will be prejudiced by the requested relief.

WHEREFORE, Defendant respectfully requests that the Court vacate the Scheduling/Planning Conference and stay the case, including all deadlines, for 90 days, through and including April 5, 2021, to allow the Court to rule on Defendant's pending Motion to Dismiss, and for any other relief as the Court deems proper.

Dated this 5th of January 2021.

*s/ Julia L. Morgenthau*
**Julia L. Morgenthau**
RUEBEL & QUILLEN, LLC
8461 Turnpike Drive, Suite 206
Westminster, CO 80031
Telephone: (888) 989-1777
Facsimile: (303) 362-5724
Email: *julia@rq-law.com*
*Attorneys for Defendant JOSAND ENTERPRISES LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on this 5th day of January, 2021, a true and correct copy of the foregoing MOTION TO STAY was served via ECF on the following:

Suzette M. Marteny Moore
S. Moore Law, PLLC
2690 S. Combee Road
Lakeland, Florida 33803
*Attorneys for Plaintiff*

                                                 */s/ Susan Pensiero*
                                                 Susan Pensiero, *Paralegal for*
                                                 *Defendant JOSAND ENTERPRISES LLC*